IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BABAR JAVED BUTT,<br>Petitioner,<br>vs.<br><br>JIMMY JOHNSON, Warden, et al.,<br>Respondents. | No. 3:19-CV-225-S |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's *Motion ordering Defendants to bring Petitioner under this Court's Jurisdiction*, received on March 19, 2019 (doc. 12), is construed as a motion for injunctive relief and is **DENIED**.[1]

SIGNED this 12th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The motion for an extension of time has been addressed by separate order.